# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME MARKIEL DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, *et al.*,<br><br>Defendants. | Case No. 1:18-cv-00832-DAD-BAM (PC)<br><br>ORDER DENYING MOTION FOR STAMPS AND ENVELOPES<br><br>(ECF No. 31) |

Plaintiff Jerome Markiel Davis ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's complaint against Defendant Roberts in her individual capacity for deliberate indifference in violation of the Eighth Amendment, arising from the alleged incident of food tampering.

Currently before the Court is Plaintiff's motion for stamps and envelopes, filed August 23, 2019. (ECF No. 31.) Plaintiff states that he is an *in forma pauperis* inmate, and he does not have any more stamps or envelopes to keep up with this action. Plaintiff requests that the court send him stationary, specifically books of stamps and envelopes. (Id.)

In the Court's First Informational Order, issued June 20, 2018, Plaintiff was advised that "[t]he Court will not make copies of filed documents or provide postage or envelopes for free even for parties proceeding in forma pauperis." (ECF No. 3, p. 3.) Although Plaintiff is

1

proceeding *in forma pauperis*, that status does not entitle him to free stamps or envelopes from the Court.

Accordingly, Plaintiff's motion for stamps and envelopes, (ECF No. 31), is DENIED.

IT IS SO ORDERED.

Dated: **August 26, 2019**  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE